**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 18, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00699-CV
_____

## PHUOC DANH, Appellant

## V.

## JESSICA PEREZ AND GEICO COUNTY MUTUAL INSURANCE COMPANY, Appellees

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-49098**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed July 9, 2018. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is

rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001).

On August 23, 2018, appellee Jessica Perez filed a motion to dismiss this appeal for want of jurisdiction because the order is not final as it does not dispose of the other party, Geico County Mutual Insurance Company. More than ten days have passed, and appellant has not filed a response to appellee's motion.

The order granting summary judgment in this case is not a final judgment as it grants Perez's motion for summary judgment, but does not dispose of the remaining defendant. No statutory exception applies to this appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Donovan, Wise, and Jewell.